**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

JONA SIUKSTA, on behalf of himself
and all others similarly situated

Case No. 1:25-cv-22185-RKA

    Plaintiff,

  v.

MEDVI, LLC,

    Defendant.

---

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Jona Siuksta, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses this action without prejudice.

Dated: June 18, 2025

Respectfully submitted,

**GOLD LAW, PA**

*/s/ Christopher Gold*
Christopher Gold
Florida Bar No. 088733
350 Lincoln Rd., 2nd Floor
Miami Beach, FL 33139
Tel: 305-900-4653
chris@chrisgoldlaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 18, 2025, a true and correct copy of the foregoing document, and all accompanying documents, was filed through the Court's Electronic Case Filing (ECF) system, which automatically served a copy on all counsel of record via their registered email addresses.

*/s/ Christopher Gold*